# UNITED STATES DISTRICT COURT
## District of Arizona

*In the Matter of the Search of:*
**SUBJECT PARCEL**: USPS Priority Mail parcel bearing USPS tracking number 9505 5124 7771 3024 8103 55, addressed to "Marlin Vanessa Nieto, 101 n 91st Ave, Apartment 2112, Tolleson, AZ 85353" with a return address of "322 Camptown Rd, apt: 1A, Bardstown, KY 40004". It is white Priority Mail Large Flat Rate box measuring approximately 12 1/4" x 12" x 6"; weighing approximately 6 pound and 4 ounces; postmarked January 24, 2023; and bearing $22.80 in postage.

**SEARCH WARRANT**

Case Number: 23-8048MB

TO: ANTOINE MARTEL and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, Antoine Martel, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL**: USPS Priority Mail parcel bearing USPS tracking number 9505 5124 7771 3024 8103 55, addressed to "Marlin Vanessa Nieto, 101 n 91st Ave, Apartment 2112, Tolleson, AZ 85353" with a return address of "322 Camptown Rd, apt: 1A, Bardstown, KY 40004". It is white Priority Mail Large Flat Rate box measuring approximately 12 1/4" x 12" x 6"; weighing approximately 6 pound and 4 ounces; postmarked January 24, 2023; and bearing $22.80 in postage.

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1), 843(b) and 846, AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___2/9/23___ (Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

1-27-23  5:16pm                     at    Phoenix, Arizona
Date and Time Issued                       City and State

HONORABLE JOHN Z. BOYLE
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer         Signature of Judicial Officer

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>23-8048MB | Date and time warrant executed:<br>1/30/2023 10:33 am | Copy of warrant and inventory left with:<br>USPS |
| Inventory made in the presence of :<br>Postal Inspectors Andrew McClamrock and Miranda Garcia | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>9505 5124 7771 3024 8103 55:<br><br>- White Priority Mail box<br>- Bible<br>- Catalog<br>- Paper Towels<br>- Approximately $6,550.00 in United States Currency stuffed between pages of the Bible. | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 01/30/2023

*Executing officer's signature*

Andrew McClamrock, Postal Inspector
*Printed name and title*